Certificate Number: 03088-TXN-DE-037249727

Bankruptcy Case Number: 22-32294



03088-TXN-DE-037249727

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2023, at 11:32 o'clock AM CST, Corey D Jones completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:  March 10, 2023         By:   /s/Crystal Towner

                              Name: Crystal Towner

                              Title: Counselor